**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

*UNITED STATES OF AMERICA v. ANAS A. DOWL*

Case No. 3:17-cr-00038-TMB-DMS

By: THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:** ORDER FROM CHAMBERS

Having reviewed *de novo* Magistrate Judge Smith's Initial Report and Recommendation on Defendant's Motion to Suppress (Docket 128), in conjunction with the parties' Objections and Responses (Dockets 134 & 135), and the Magistrate's Final Report and Recommendation (Docket 140), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Consequently, Defendant's Motion to Suppress (Docket 63), is GRANTED.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: June 8, 2018